WILBORN & ASSOCIATES, P.C., ATTORNEYS AT LAW
TIM WILBORN — OSB # 94464
twilborn@mindspring.com
2020-C SW 8th Avenue, PMB # 294
West Linn, Oregon 97068
Voice: (503) 697-7019
Fax: (503) 697-7153
  Attorney for Plaintiff

FILED'06 OCT 13 15:27USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**GUY BURCH,**

    Plaintiff,

vs.

**COMMISSIONER of Social Security,**

    Defendant.

CV # 05-676-KI

ORDER

Attorney fees in the amount of $6,550.00 are hereby awarded to Plaintiff's counsel, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The check shall be sent to Tim Wilborn's address, above.

DATED this 12 day of Oct, 2006.

_____
United States District Judge

Submitted on October 10, 2006 by:

/s/ Tim Wilborn, OSB # 94464
(503) 697-7019
  Attorney for Plaintiff

ORDER - Page 1